IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | |
|---|---|
| Reverend Franklin C. Reaves, Vastena Reaves and all others similarly situated,<br><br>     Plaintiffs,<br><br>   vs.<br><br>City of Mullins and its Fire Chief and Building Inspector Robert Stetson; County of Marion and its employees Danny Gardner, Dennis Floyd, Donald Bryant, Michael Crouch, and Layfayett Reed<br><br>     Defendants. | C.A. No. 4:09-816-TLW-SVH<br><br><br><br>ORDER |

  This matter is now before the undersigned for review of the Report and Recommendation ("the Report") filed by United States Magistrate Judge Shiva V. Hodges, to whom this case had previously been assigned pursuant to 28 U.S.C. § 636(b) and Local Rule 73.02(B)(2) (D.S.C.). In her Report, Magistrate Judge Hodges recommends that this Court grant the Mullins defendants' motion to dismiss/summary judgment and grant the Marion defendants' motion to dismiss, thereby dismissing plaintiffs' complaint in the above-captioned case with prejudice. (Doc. # 60). Plaintiffs have filed objections to the Report. (Doc. # 65).

  In conducting this review, the Court applies the following standard:

> The magistrate judge makes only a recommendation to the Court, to which any party may file written objections. . . . The Court is not bound by the recommendation of the magistrate judge but, instead, retains responsibility for the final determination. The Court is required to make a de novo determination of those portions of the report or specified findings or recommendation as to which an objection is made. However, the Court is not required to review, under a de novo or any other standard, the factual

1

or legal conclusions of the magistrate judge as to those portions of the Report and Recommendation to which no objections are addressed. While the level of scrutiny entailed by the Court's review of the Report thus depends on whether or not objections have been filed, in either case, the Court is free, after review, to accept, reject, or modify any of the magistrate judge's findings or recommendations.

Wallace v. Housing Auth. of the City of Columbia, 791 F.Supp. 137, 138 (D.S.C. 1992) (citations omitted).

In light of this standard, the Court has reviewed, de novo, the Report and the objections thereto. The Court accepts the Report.

**THEREFORE, IT IS HEREBY ORDERED** that the Magistrate Judge's Report is **ACCEPTED** (Doc. # 60), plaintiffs' objections are **OVERRULED** (Doc. # 65); the Mullins defendants' motion to dismiss/summary judgment is **GRANTED** (Doc. # 44); the Marion defendants' motion to dismiss is **GRANTED** (Doc. # 45), and plaintiffs' complaint in the above-captioned case is **DISMISSED** with prejudice. All other outstanding motions are deemed to be moot.

**IT IS SO ORDERED.**

    s/ Terry L. Wooten
    TERRY L. WOOTEN
    UNITED STATES DISTRICT JUDGE

September 13, 2010
Florence, South Carolina